JS-6

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| RICHARD HAIRSTON,<br><br>Plaintiff,<br><br>v.<br><br>MEGAN J. BRENNAN, et al.,<br><br>Defendants. | No. CV 16-04357 JFW (ASx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Honorable John F. Walter<br>United States District Judge |

Pursuant to the Stipulation for Compromise Settlement and Dismissal filed by the parties, IT IS HEREBY ORDERED that:

1. The above-captioned action is dismissed in its entirety with prejudice; and
2. Each party shall bear his, her or its own attorney's fees, costs and expenses.

DATED: September 1, 2017

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

Presented by:

 /s/ Karen P. Ruckert
KAREN P. RUCKERT
Assistant United States Attorney
Deputy Chief, General Civil Section

Attorneys for Defendant
United States of America

1